# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Southern District
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 7, 2021

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application Granted. All other conditions of bail shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 16.*

*Dated: April 8, 2021*
*New York, New York*

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:  United States v. Xavier Delacruz
     21 CR 013 (LGS)

Dear Judge Schofield:

With the consent of the Government and the Pretrial Services Agency, I write to request that the Court modify Mr. Delacruz's conditions of release to remove the condition of home detention enforced by location monitoring, and add the condition to seek/maintain employment.

On October 8, 2020, Magistrate Judge Barbara Moses released Mr. Delacruz on bail with the following conditions, *inter alia*: A $40,000 personal recognizance bond co-signed by two FRPs; pretrial supervision; travel limited to SDNY/EDNY; home detention with electronic monitoring. He has been fully compliant with all of the conditions of release.

Mr. Delacruz has an offer of employment with Yankee Stadium however he cannot begin working with the location monitoring condition (ankle monitor) in place. Both Pretrial Services and the Government consent to removing the condition of home detention enforced by electronic monitoring, as long as the Court adds the condition that Mr. Delacruz continue or seek employment. This latter condition would allow Pretrial to verify and monitor Mr. Delacruz's employment.

Respectfully submitted

   /s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

So Ordered:

_____
HONORABLE LORNA G. SCHOFELD
UNITED STATES DISTRICT JUDGE


cc: Rushmi Bhaskaran
    Assistant United States Attorney