# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 13, 2021

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. Xavier Delacruz**
                  **21 CR 013 (LGS)**

Dear Judge Schofield:

      With the consent of the Government, I write to request an adjournment of the pretrial conference scheduled for April 15 until after the motions deadlines (Defense motions are due May 7; Government response due May 23; Defense reply is due by June 11). At this time the parties do not have an update for the Court. We are still engaged in negotiations towards a potential pretrial resolution of this case. The adjournment would provide additional time to discuss a resolution in this matter and to consider any pretrial motions.

      Mr. Delacruz consents to the exclusion of time under the Speedy Trial Act until the next conference date.

Application Granted.  The status conference currently scheduled for April 15, 2021, is adjourned to **May 20, 2021 at 12:00 p.m.**  For the reasons stated below, the Court finds that the ends of justice served by excluding the time between today and May 20, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and May 20, 2021, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 18.

Dated: April 13, 2021
New York, New York

Respectfully submitted,

   /s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:    Rushmi Bhaskaran
       Assistant United States Attorney

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**