**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 20, 2021

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Xavier Delacruz</u>
             21 CR 013 (LGS)

Dear Judge Schofield:

    With the consent of the Government, I write to request that Mr. Delacruz's status conference scheduled for May 20 be adjourned to the following week. I will be out of the office and the jurisdiction on May 20 but am available the following week on May 24, 25, and 28.

    Mr. Delacruz consents to the exclusion of time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

    /s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:    Rushmi Bhaskaran
       Assistant United States Attorney

Application Granted. The status conference currently scheduled for May 20, 2021, is adjourned to **May 27, 2021, at 11:15 a.m**. For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and May 27, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and May 20, 2021, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 20.

Dated: April 26, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**