UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                    21 Cr. 13 (LGS)

                -against-

                                                    ORDER

    XAVIER DELACRUZ,

                           Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the status conference currently scheduled for November 15, at 10:30 a.m., is adjourned to **November 15, 2021, at 4:00 p.m.**

Dated: November 10, 2021
       New York, New York

                                                     LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE