UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

UNITED STATES OF AMERICA       :

                                         :        **ORDER**

        - v. -                       :

                                         :

XAVIER DELACRUZ,              :        21 Cr. 13 (LGS)

                                         :

        Defendant.                   :

                                         :

                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 19, 2022;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
            April 22, 2022

                                                      LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE