UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,   :
                                                      :
                                                      :      21 Cr. 13 (LGS)
                   -against-                :
                                                      :      <u>SCHEDULING ORDER</u>
XAVIER DELACRUZ,   :
                                 Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Xavier Delacruz's sentencing hearing shall be held on **September 6, 2022**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **August 15, 2022**. The Government's pre-sentencing submission, if any, shall be filed by **August 18, 2022.**

      The jury trial currently scheduled for July 5, 2022, is cancelled.

Dated: April 25, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE