**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 15, 2022

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 40.

Dated: August 15, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   **United States v. Xavier Delacruz**
      **21 CR 013 (LGS)**

Dear Judge Schofield:

    With the consent of the Government, I write to request a three-day extension of the sentencing submission deadlines. The defense needs additional time to finish gathering mitigation materials and prepare its sentencing letter. As noted above, the Government does not oppose a brief extension of the deadlines. With an extension, the defense's submission would be due on August 18. The Government's submission would be due on August 23.

    Mr. Delacruz's sentencing hearing is scheduled for September 6.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:   Rushmi Bhaskaran
      Assistant United States Attorney