UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :    21 Cr. 13 (LGS)
                  -against-                                 :
                                                            :    ORDER
   XAVIER DELACRUZ,                                         :
                                           Defendant,       :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for September 6, 2022, is adjourned to **September 26, 2022, at 11:00 a.m.**

Dated: September 1, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**