**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 20, 2022

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

      Re:    **United States v. Xavier De La Cruz
              21 Cr. 13 (LGS)**

Dear Judge Schofield:

    I write to request a brief adjournment of Mr. De La Cruz's sentencing hearing. The hearing set by the Court for September 26 conflicts with another sentencing hearing I have scheduled for that day.

    I ask that the Court reschedule Mr. De La Cruz's sentencing to the following week— the week of October 3, 2022 (*except* October 4).

    I have conferred with the Government and Mr. De La Cruz. All parties are available to proceed on a date the week of October 3.

                                      Respectfully submitted,

                                      /s/ Zawadi S. Baharanyi
                                    Federal Defenders of New York
                                    (212) 417-8735

CC:    AUSA Rushmi Bhaskran.

Application Granted in part. The sentencing hearing currently scheduled for September 26, 2022, is adjourned to **October 25, 2022, at 11:00 a.m.** The Clerk of the Court is directed to terminate the letter motion at docket number 44.

Dated: September 20, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**