UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                     -against-                             21 Cr. 13 (LGS)

                                                  ORDER
    XAVIER DELACRUZ,
                                    Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that sentencing currently scheduled for October 24, 2022, is adjourned to **November 29, 2022, at 11:10 a.m.**

Dated: October 24, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**