UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                        21 Cr. 13 (LGS)
              -against-

                                                        ORDER
    XAVIER DELACRUZ,
                                     Defendant,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that sentencing previously scheduled for November 29, 2022, is adjourned to **January 10, 2023, at 4:30 p.m.**

Dated:  December 6, 2022
           New York, New York

                                                                           **LORNA G. SCHOFIELD**
                                                                 **UNITED STATES DISTRICT JUDGE**